# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge                                                  May 19, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**David Corcia**

                Plaintiff,

- *against* -

**Barclays Bank Delaware**

                Defendants.

## SCHEDULING ORDER

7:17-cv-01751-NSR-PED

TO ALL PARTIES:

The Court has scheduled a **telephone conference** before the Honorable Paul E. Davison, United States Magistrate Judge, on **June 21, 2017 at 9:30 am.** **Plaintiff's counsel** will be responsible for placing the conference call. Please have all parties on the line when calling chambers.

      **PLEASE NOTIFY YOUR ADVERSARY OF THIS SCHEDULE <u>IMMEDIATELY</u>**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **May 19, 2017**

SO ORDERED:

*[signature]*

Hon. Paul E. Davison
United States Magistrate Judge