UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)
------------------------------------------------------------------x
DAVID CORCIA,

                         Plaintiff,

vs.

BARCLAYS BANK DELAWARE; EQUIFAX
INFORMATION SERVICES, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.; and
TRANS UNION, LLC;

                         Defendants.
------------------------------------------------------------------x

Case No.  7:17-cv-01751-NSR

~~PROPOSED~~ ORDER
FOR ADMISSION
PRO HAC VICE

The motion of Justin M. Sizemore for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Virginia; and that his contact information is as follows:

    Applicant's Name:    Justin M. Sizemore
    Firm Name:    Reed Smith, LLP
    Address:    Riverfront Plaza – West Tower
                    901 East Byrd Street, Suite 1700
                    Richmond, VA 23219-4068
    Telephone Number:    (804) 344-3493
    Fax Number:    (804) 344-3410
    E-mail:    jsizemore@reedsmith.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Barclays Bank Delaware in the above-captioned action; it is hereby

ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/2017

- 6 -

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of the Court is requested to terminate the motion (doc. 45). SO ORDERED.

Dated: Aug. 31, 2017

Hon. Nelson S. Roman, U.S.D.J.